# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAKA FATTAH, JR. | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE | : | NO. 14-1092 |

## ORDER

**NOW,** this 17th day of May, 2017, upon consideration of the Defendants' Motion for Summary Judgment (Document No. 46), the plaintiff's response, the defendants' reply, and a review of the record, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks judgment in favor of the United States on claims for a tax refund, it is **GRANTED**;

2. To the extent the motion seeks a judgment in favor of the United States on the wrongful disclosure claim, it is **DENIED**; and

3. Judgment will be entered upon conclusion of the trial.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.