# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAKA FATTAH, JR.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA and** | : | |
| **INTERNAL REVENUE SERVICE** | : | NO. 14-1092 |

## ORDER

**NOW,** this 2nd day of January, 2020, upon consideration of the Motion for Relief From Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. No. 97), the response, and the reply, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.